**Order entered December 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00598-CR

**MICHAEL DEIONDRE BOWEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32,465CR**

## ORDER

Before the Court is appellant's November 25, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 9, 2019**. If appellant's brief is not filed by December 9, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     ROBERT D. BURNS, III
       CHIEF JUSTICE